UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ACPRODUCTS, INC., ACPI WOOD PRODUCTS, LLC, CABINETWORKS GROUP MICHIGAN, LLC, CABINETWORKS GROUP MIDDLEFIELD, LLC, MASTER WOODCRAFT CABINETRY L.L.C., AND SMART, LLC<br><br>                              *Plaintiffs,*<br><br>v.<br><br>UNITED STATES,<br><br>                              *Defendant.* | **SUMMONS**<br><br>Court No. 24-00155 |

TO:    The Attorney General and the U.S. Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                                    **/s/ Mario Toscano**
                                                    Clerk of the Court

1. **Name and Standing of Plaintiff:**

   Plaintiffs in this action are ACProducts, Inc., ACPI Wood Products, LLC, Cabinetworks Group Michigan, LLC, Cabinetworks Group Middlefield, LLC, Master Woodcraft Cabinetry, L.L.C., and Smart, LLC (collectively, "Cabinetworks" or "Plaintiffs"). Plaintiffs were parties to the proceeding that led to the contested determination and are interested parties as described in section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1677(9)(A). ACProducts, Inc., ACPI Wood Products, LLC, and Cabinetworks Group Middlefield, LLC are United States importers of subject merchandise, and ACProducts, Inc., Master Woodcraft Cabinetry, L.L.C., Smart, LLC, ACPI Wood Products, LLC, Cabinetworks Group Michigan, LLC, and Cabinetworks Group Middlefield, LLC are manufacturers and producers in the United States of a domestic like product. Plaintiffs, therefore, have standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

The appeal is timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A)(ii) and 19 U.S.C. § 1516a(a)(2)(B)(vi) and this Court has jurisdiction pursuant to 28 U.S.C. § 1581(c).

2. **Brief Description of Contested Determination:**

Plaintiffs contest certain findings of fact and issues of law by the U.S. Department of Commerce in the final scope ruling concerning certain wooden cabinets that are further processed in Malaysia. *See* Memorandum from Michael Romani, Senior International Trade Compliance Analyst, Office I, Antidumping and Countervailing Duty Operations, through Alex Villanueva, Senior Director, Office I, Antidumping and Countervailing Duty operations, to Scot Fullerton, Acting Deputy Assistant Secretary for Antidumping and Countervailing Duty Operations, *SUBJECT: Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China – Final Scope Ruling on Certain Wooden Cabinets that Are Further Processed in Malaysia* (Jul. 10, 2024) ("Final Scope Ruling").

3. **Date of Determination:**

The contested Final Scope Ruling was dated July 10, 2023.

4. **Notice of Contested Determination:**

The contested determination was published in *Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China: Final Scope Determination, Certification Requirements, and Recission of Circumvention Inquiries on the Antidumping and Countervailing Duty Orders*, 89 Fed. Reg. 58,110 (Dep't of Commerce Jul. 17, 2024). The contested determination was mailed to interested parties on July 17, 2024. *See* Memorandum from Michael A. Romani, Senior International Trade Compliance Analyst, AD/CVD Operations, Office IV, Enforcement and Compliance, *SUBJECT: Antidumping Duty Order on Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Service of Final Scope Ruling* (Jul. 22, 2024).

                      Respectfully Submitted,

                      <u>/s/ Kristen S. Smith</u>
                      Kristen S. Smith, Esq.
                      Sarah E. Yuskaitis, Esq.

                      **SANDLER TRAVIS & ROSENBERG, P.A.**
                      1300 Pennsylvania Avenue, N.W.
                      Suite 400
                      Washington, D.C. 20004
                      Tel: (202) 730-4965
                      Fax: (202) 842-2247

                      *Attorneys for Plaintiffs*

Dated: August 16, 2024

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Supervisory Attorney
Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
P.O. Box 480
Ben Franklin Station
Washington, DC 20444

Robert Heilferty, Esq.
Office of the Chief Counsel for Trade
Enforcement and Compliance
**U.S. Department of Commerce**
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza
New York, NY 10278