## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ACPRODUCTS, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　　Defendant,<br><br>　　and<br><br>AMERICAN KITCHEN CABINET ALLIANCE,<br><br>　　　　　　Defendant-Intervenor. | **Court No. 24-00155** |

### ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Stephen Alexander Vaden, is hereby reassigned to the Honorable Leo M. Gordon.

Dated at New York, New York, this 7th day of July, 2025.

　　　　　　　　　　　　　　　　　　　／s/ Mark A. Barnett　
　　　　　　　　　　　　　　　　　　Mark A. Barnett
　　　　　　　　　　　　　　　　　　Chief Judge