UNITED STATES COURT OF INTERNATIONAL TRADE                    Form 11-1


BEFORE: THE HONORABLE LEO M. GORDON                           Form 11


| | |
|---|---|
| ACPRODUCTS, INC., ACPI WOOD PRODUCTS, LLC, ) <br> CABINETWORKS GROUP MICHIGAN, LLC, ) <br> CABINETWORKS GROUP MIDDLEFIELD, LLC, ) <br> MASTER WOODCRAFT CABINETRY, L.L.C., AND ) <br> SMART, LLC, ) <br>                     **Plaintiffs,** ) <br>      v. ) <br> UNITED STATES, ) <br>                   **Defendant,** ) <br> and ) <br> ) <br> AMERICAN KITCHEN CABINET ALLIANCE, ) <br>             **Defendant-Intervenor.** ) | Court. Nos. 24-00155, 24-00156 |


## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned Sarah M. Wyss, Jeffrey S. Grimson, Yixin (Cleo) Li and Evan P. Drake appear as attorneys for the Plaintiffs, ACProducts, Inc., ACPI Wood Products, LLC, Cabinetworks Group Michigan, LLC, Cabinetworks Group Middlefield, LLC, Master Woodcraft Cabinetry, L.L.C. and Smart, LLC, in this action and request that all papers be served on them. The individual attorney in the undersigned firm who is responsible for the litigation is Sarah M. Wyss.

Respectfully submitted,

Dated:    August 13, 2025       /s/ Sarah M. Wyss
Sarah M. Wyss
Jeffrey S. Grimson
Yixin (Cleo) Li
Evan P. Drake*
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, NW, Suite 810
Washington, DC 20015
202-688-3610 (ph)
202-595-8968 (fax)
trade@mowrygrimson.com
*Counsel to ACProducts, Inc., ACPI Wood Products,
LLC, Cabinetworks Group Michigan, LLC,
Cabinetworks Group Middlefield, LLC, Master
Woodcraft Cabinetry, LLC and Smart, LLC*

*Admitted to New York bar; Practice supervised by
members of the D.C. bar and limited to federal
international trade matters pursuant to D.C. Bar
Rule 49(c)(2)*