## U.S. COURT OF INTERNATIONAL TRADE Honorable Leo M. Gordon

<u>Teams Conference Call– Tuesday, January 27, 2026 at 3:45 PM</u>
<u>Via Microsoft Teams</u>

24-cv-00155 & 24-cv-00156-LMG- ACProducts, Inc. et al v. United States

**Jurisdiction: 1581(c)**

### Appearance Sheet

| Party | Counsel | Law Firm |
| --- | --- | --- |
| ACProducts, Inc. et al. **(Plaintiff)** | Sarah Marie Wyss<br>Yixin (Cleo) Li<br>Evan P. Drake | Mowry & Grimson, PLLC |
| United States **(Defendant)** | Margaret Joy Jantzen<br><br>Heather Holman | U.S. Department of Justice<br><br>U.S. Department of Commerce |
| American Kitchen Cabinet Alliance **(Defendant-Intervenor)** | Luke Meisner | Schagrin Associates |