# U.S. COURT OF INTERNATIONAL TRADE
## Honorable Leo M. Gordon

Oral Argument– Wednesday, February 4, 2026 at 10:30 AM
CIT - Courtroom 4

24-cv-00155 & 24-cv-00156-LMG- ACProducts, Inc. et al v. United States

**Jurisdiction: 1581(c)**

## Appearance Sheet

| Party | Counsel | Law Firm |
|---|---|---|
| ACProducts, Inc. et al.<br><br>**(Plaintiff)** | Sarah Marie Wyss<br>Yixin (Cleo) Li | Mowry & Grimson, PLLC |
| United States<br><br><br><br>**(Defendant)** | Margaret Joy Jantzen<br><br><br>Heather Holman | U.S. Department of Justice<br><br>U.S. Department of Commerce |
| American Kitchen Cabinet Alliance<br><br>**(Defendant-Intervenor)** | Luke Meisner | Schagrin Associates |